UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE ANNUITY, PENSION, WELFARE AND TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
DON DeNARDO, RENZO COLLAVINO, DANIEL NOESGES,    **DEFAULT JUDGMENT**
DENISE M. RICHARDSON and JOHN F. O'HARE,

                                                     CV-12-6007 (SJ)

                        Plaintiffs,

        -against-

HULK RIGGING & HAULING INC.,

                        Defendant.
-----------------------------------------------------------------------X

This action having been commenced on December 5, 2012 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant HULK RIGGING & HAULING INC. on December 19, 2012, by a Process Server, personal service on Donna Christie, an authorized person in the Corporation Division of the N.Y.S. Department of State and a person empowered to accept service, and proof of service having been filed on January 3, 2013, through the ECF System, and Defendant HULK RIGGING & HAULING INC. not having answered the Complaint, and the time for answering the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against Defendant HULK RIGGING & HAULING INC. as follows: (1) $150,516.48 in fringe benefit contributions; (2) $19,423.80 in interest calculated thereon at 6.0% through the audit report date of June 4, 2012; (3) $5,740.24 in additional interest calculated thereon at 6.0% from June 5, 2012 through January 22, 2013; (4) $25,164.04 in statutory damages; (5) $2,456.75 in attorneys' fees; and (6) $562.50 in costs and disbursements for a total liquidated amount of $203,863.81; and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant HULK RIGGING & HAULING INC. and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: Brooklyn, New York
~~February~~ Sept 30, 2013

SO ORDERED:

_____
STERLING JOHNSON, U.S.D.J.