UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------------X

THE ANNUITY, PENSION, WELFARE AND TRAINING
FUNDS of the INTERNATIONAL UNION OF OPERATING
ENGINEERS, LOCAL 14-14B, AFL-CIO BY THEIR TRUSTEES
EDWIN L. CHRISTIAN, CHRIS CONFREY, JOHN CRONIN,
DON DeNARDO, RENZO COLLAVINO, DANIEL NOESGES,
DENISE M. RICHARDSON and JOHN F. O'HARE,

**DEFAULT JUDGMENT**

CV-12-6007 (SJ)

                                        Plaintiffs,

                -against-

HULK RIGGING & HAULING INC.,

                                        Defendant.

-------------------------------------------------------------------------------X

This action having been commenced on December 5, 2012 by the filing of the Summons and

Complaint, and a copy of the Summons and Complaint having been personally served on Defendant

HULK RIGGING & HAULING INC. on December 19, 2012, by a Process Server, personal service on

Donna Christie, an authorized person in the Corporation Division of the N.Y.S. Department of State and

a person empowered to accept service, and proof of service having been filed on January 3, 2013,

through the ECF System, and Defendant HULK RIGGING & HAULING INC. not having answered the

Complaint, and the time for answering the Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Plaintiffs have judgment against

Defendant HULK RIGGING & HAULING INC. as follows: (1) $150,516.48 in fringe benefit

contributions; (2) $19,423.80 in interest calculated thereon at 6.0% through the audit report date of June

4, 2012; (3) $5,740.24 in additional interest calculated thereon at 6.0% from June 5, 2012 through

January 22, 2013; (4) $25,164.04 in statutory damages; (5) $2,456.75 in attorneys' fees; and (6) $562.50

in costs and disbursements for a total liquidated amount of $203,863.81; and it is further

**ORDERED** that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant HULK RIGGING & HAULING INC. and the Clerk of the Court is directed to enter such Judgment forthwith.

Dated: Brooklyn, New York
~~February~~ 30, 2013
Sept

SO ORDERED:

STERLING JOHNSON, U.S.D.J.